

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00780-CV

Lynh Thy **PHAM**; Smiley Dental, PLLC; Smiley Dental Management Company, LLC; SD-933Schertz, P.C.; SD-Braun, P.C.; SD-Dezavala, P.C.; SDBraun, P.C.; SD-Hwy 78, P.C.; SD-Potranco, P.C.; and SD-Roosevelt, P.C.,
Appellants

v.

## **M&M ORTHODONTICS, PA** and U Too Dental, PLLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI00435
Honorable Rosie Alvarado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's August 2, 2023 "Temporary Injunction" is AFFIRMED.

We ORDER appellees M&M Orthodontics, PA and U Too Dental, PLLC shall recover their costs incurred in this court from appellants Lynh Thy Pham; Smiley Dental, PLLC; Smiley Dental Management Company, LLC; SD-933Schertz, P.C.; SD-Braun, P.C.; SD-Dezavala, P.C.; SDBraun, P.C.; SD-Hwy 78, P.C.; SD-Potranco, P.C.; and SD-Roosevelt, P.C.

SIGNED June 26, 2024.

Luz Elena D. Chapa, Justice